

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Petitioner: Aliaksandra Danilchyk

**Civil Action No.**  26-cv-2455-RSH-MMP

**Plaintiff,**

**V.**

Markwayne Mullin: US Secretary of
Homeland Security, et all.

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Petition is DENIED. In light of this disposition, the Court DENIES as moot Petitioner's motion to consolidate this case with that of her sister, Case No. 26-cv-2454, which has also been denied. The case is hereby closed.

**Date:**          6/3/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Nyamanjiva

S. Nyamanjiva, Deputy

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 26-cv-2455-RSH-MMP